**Order entered December 29, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01093-CV

## MICHAEL D. WILSON, Appellant

## V.

## WOODLAND HILLS APARTMENTS AND LUMACORPS INCORPORATED, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-05747-B**

## ORDER

Both the clerk's record and the reporter's record in this case are overdue. By postcard dated December 8, 2016, we notified the Dallas County Clerk that the clerk's record was overdue and we directed the district clerk to file the record within thirty days. Also by postcard dated December 8, 2016, we notified the court reporter for County Court at Law No. 2 that the reporter's record was overdue. We directed the court reporter to file the reporter's record within thirty days.

By letter dated December 9, 2016, the Dallas County Clerk responded that the clerk's record had been prepared, but not filed, because appellant had failed to pay for the record. However, it appears appellant has been found entitled to proceed without payment of costs in this appeal. Therefore, this Court **ORDERS** the Dallas County Clerk to file, within **TWENTY**

**DAYS** of the date of this order, either (1) the clerk's record or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not made paid for or made arrangements to pay for the clerk's record and he has not been found entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal. See* Tex. R. App. P. 37.3(b).

By letter dated December 12, 2016, Court Reporter Lanetta Williams responded to our late record notice and informed the Court that appellant had not requested the record or made payment arrangements for the reporter's record. Thereafter, appellant requested a reporter's record. Accordingly, we **ORDER** Lanetta Williams, Official Court Reporter for County Court at Law No. 2, to file, within **TWENTY DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification no hearings were recorded or that he has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk

Lanetta Williams
Official Court Reporter
County Court at Law No. 2

/s/     ELIZABETH LANG-MIERS
           JUSTICE